IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KELLY AUKER** | : |
| **Plaintiff**, | : |
| V. | : **CIVIL ACTON** |
| **COUNTY OF LANCASTER, PENNSYLVANIA and LANCASTER COUNTY PRISON** | : No. 5:24-cv-01112 |
| **Defendants**. | : |
| | : **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kelly Auker and Defendants County of Lancaster, Pennsylvania and Lancaster County Prison, by and through their undersigned counsel, hereby stipulate that this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs except as otherwise provided in the parties' settlement agreement.

Respectfully submitted,

| | |
|---|---|
| **MARSHALL DENNEHEY, P.C.** | **JARED JACOBSON LAW, LLC** |
| BY: _(signature)_ | BY: /s/ JaredAJacobson |
| JOHN P. GONZALES, ESQUIRE | JARED A. JACOBSON, ESQUIRE |
| Attorney ID No. 71265 | Attorney ID No. 201382 |
| 2000 Market Street, Suite 2300 | 223 Poplar Ave., Unit B |
| Philadelphia, PA  19103 | Devon, PA 19333 |
| (215) 575-2871 Fax (215) 575-0856 | (917) 856-6167 |
| Email:  jpgonzales@mdwcg.com | E-Mail: jjacobson@jaredjacobsonlaw.com |
| *Attorney for Defendants, County of Lancaster and Lancaster County Prison* | *Attorney for Plaintiff* |
| Date: March 4, 2026 | Date: March 4, 2026 |